October 22, 2004

Mr. Barry A. Chasnoff
Akin Gump Strauss Hauer & Feld LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205-3732
Mr. Charles C. Sanders
1411 West Avenue, Suite 200
Austin, TX 78701

RE: Case Number: 02-0843
 Court of Appeals Number: 03-01-00150-CV
 Trial Court Number: 99-13220

Style: OLD AMERICAN COUNTY MUTUAL FIRE INSURANCE COMPANY
 v.
 ZEFERINO SANCHEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |